UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ISRAEL ROSELL and ROBERTO GONZALEZ, for themselves and on behalf of those similarly situated,

        Plaintiffs,

vs.

VMSB, LLC, d/b/a GIANNI'S and d/b/a CASA CASUARINA, a Florida Limited Liability Company

        Defendant.
_____/

CASE NO.:   1:20-cv-20857-KMW

## ORDER ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

THIS CAUSE came before the Court on Plaintiffs' Motion for Class Certification and Incorporated Memorandum of Law, and the Court being fully advised in the premises, it is therefore:

ORDERED AND ADJUDGED that Plaintiffs' Motion for Class Certification is **GRANTED**:

1. This matter is certified as a class action, and the Court certifies the following class:

    **All "Bartenders and Servers" who worked for Defendant at Gianni's (The Villa Casa Casuarina at the Former Versace Mansion location), 1116 Ocean Dr., Miami Beach, FL 33139, at any time from February 26 2015, to the present, who (1) were not provided notice of the employer's intention to take a tip credit to satisfy minimum wage obligations; and/or (2) were required to participate in a mandatory tip pool in which tips were shared with "Captains" and with the restaurant itself**;

2. Israel Rosell and Roberto Gonzalez are named as class representatives;

3. Angeli Murthy and Andrew R. Frisch of Morgan & Morgan, P.A. are appointed as class counsel; and

4. The Parties are ordered to jointly prepare a sample Notice document to be distributed to each class member and to present such Notice document to the Court along with an agreed upon plan for the Notice process within twenty (20) days of the date of this Order. If the Parties are unable to agree on the form of Notice or to a Notice process, then the Parties shall submit competing Notice documents and processes to the Court within twenty (20) days of the date of this Order.

DONE AND ORDERED this _____ day of April, 2021.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE