UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-20857-CIV-WILLIAMS

ISRAEL ROSELL and
ROBERTO GONZALEZ,

    Plaintiffs,

v.

VMSB, LLC, d/b/a GIANNI'S and
d/b/a CASA CASUARINA,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 140) on the Parties' cross motions for summary judgment. In the Report, Magistrate Judge Torres recommended that Plaintiffs' Motion for Summary Judgment be DENIED and that Defendant's Motion for Summary Judgment be GRANTED in part and DENIED in part. Plaintiffs filed objections to the Report. (DE 143.)

Having conducted a *de novo* review of the portions of the report and recommendation to which Plaintiffs object and a review of the remainder for clear error, Plaintiffs' objections are overruled. Accordingly, is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 140) is **AFFIRMED AND ADOPTED**.

2. Plaintiffs' Motion for Summary Judgment (DE 112) is **DENIED**.

3. Defendant's Motion for Summary Judgment (DE 114) is **GRANTED** as to Counts 1 and 2. Defendant's Motion is **DENIED** as to Count 3.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>28th</u> day of March, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE
