UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-20857-CIV-WILLIAMS

ISRAEL ROSELL and
ROBERTO GONZALEZ,

    Plaintiffs,

v.

VMSB, LLC, d/b/a GIANNI'S and
d/b/a CASA CASUARINA,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 161) on the motion to certify class. In the Report, Magistrate Judge Torres recommended that Plaintiffs' motion (DE 102) be DENIED. Plaintiffs did not file objections to the Report, and the time to do so has passed.

Having carefully reviewed the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 161) is **AFFIRMED AND ADOPTED**.
2. Plaintiffs' Motion to Certify Class (DE 102) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 28th day of March, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE