UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-20857-CIV-WILLIAMS

ISRAEL ROSELL and
ROBERTO GONZALEZ,

    Plaintiffs,

v.

VMSB, LLC, d/b/a GIANNI'S and
d/b/a CASA CASUARINA,

    Defendant.
_____/

## JUDGMENT

In accordance with Fed. R. Civ. P. 58, **Judgment** is entered in favor of Defendant as to Counts 1 and 2 of Plaintiffs' Amended Complaint (DE 68). It is **ORDERED AND ADJUDGED** that Counts 1 and 2 are resolved on the merits in favor of the Defendant and that the Plaintiffs shall take nothing from this action on those Counts.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 28th day of March, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE